# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 23-1060     **Short Title:** Kress Stores v. Wal-Mart

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Wal-Mart Puerto Rico, Inc. _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Paul J. Berks
Signature

2/3/2023
Date

Paul J. Berks
Name

Massey & Gail LLP
Firm Name (if applicable)

312-379-0469
Telephone Number

50 East Washington St., #400
Address

312-379-0467
Fax Number

Chicago, IL 60602
City, State, Zip Code

pberks@masseygail.com
Email (required)

Court of Appeals Bar Number: 1174493

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 22-8001, 22-1058, 21-8033

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

## CERTIFICATION OF COUNSEL

I hereby certify that on February 3, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished on all counsel of record by the appellate CM/ECF system.

Dated: February 3, 2023

*/s/ Paul J. Berks*
Paul J. Berks

*Counsel for Appellee*
*Wal-Mart Puerto Rico, Inc.*